## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEFFREY D. REID,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 11-2407-JTM/DJW |
| ) | |
| **HERITAGE TRACTOR,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 1st day of June, 2012, the Court, being fully advised in the premises, IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation of Dismissal, this matter is hereby dismissed, with prejudice, each party to bear its own costs except that Defendant agrees to pay the mediation fees.

                                                                       s/ J. Thomas Marten
                                                                     The Honorable J. Thomas Marten
                                                                     United States District Judge

Submitted by:

| | |
|---|---|
| DUGAN SCHLOZMAN LLC | THE HALBROOK LAW FIRM P.C. |
| | |
| By: _____ | By: _____ |
| Heather J. Schlozman (KS #23869) | Karen M. Gleason   (KS #16866) |
| Mark V. Dugan (KS #70685) | Mitchell E. Wood   (KS #24052) |
| 7001 W. 79th Street, Suite 102 | 3500 West 75th Street, Suite 300 |
| Overland Park, Kansas 66204 | Prairie Village, Kansas 66208 |
| Telephone: 913-322-3528 | Telephone: 913-529-1188 |
| Facsimile: 913-894-1686 | Facsimile: 913-529-1199 |
| Email: heather@duganschlozman.com | Email: kgleason@halbrooklaw.com |
| Email: mark@duganschlozman.com | Email: asiebers@halbrooklaw.com |
| | |
| Attorneys for Plaintiff Jeffrey D. Reid | Attorneys for Defendant Heritage Tractor |

{00089187.DOCX;-1}